UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT E. REED, </br>       Petitioner, </br>     v. </br> STEVE LANGFORD, </br>       Respondent. | Case No. CV 17-5190 JLS(JC) </br></br> JUDGMENT |

IT IS ADJUDGED that the "Petition for Writ of Habeas Corpus by a Person in Federal Custody (28 U.S.C. § 2241)" ("Petition") is construed as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 ("Section 2255 Motion") and that the Petition/Section 2255 Motion and this action be dismissed without prejudice for lack of jurisdiction.

DATED: December 8, 2017

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE